their Tackle, Apparel, etc., Respondents.—Judgment reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.

William O. Fausten, Respondent, v. Augusta E. Weishar, Appellant. — Order affirmed, with costs and disbursements. Opinion by Dykman, J.

Elizabeth J. Osborne, Respondent, v. The New York Mutual Insurance Company, Appellant.—Order affirmed, with costs and disbursements. Opinion by Pratt, J.

Harry Rozell and others v. Eliza Andrews.— Restitution ordered, with ten dollars costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

The People of the State of New York ex rel. James W. Slaight v. Jefferson Patten, Appellant. — Order reversed, with costs and disbursements, and motion denied. Opinion by Barnard, P. J.; Pratt, J., dissenting.

Warren R. Dix, Administrator, etc., Appellant, v. James W. Hozier, Respondent. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

W. W. Rope and others, Respondents, v. Eva Hess, Appellant, Impleaded, etc. — Judgment affirmed, with costs. Opinion by Dykman, J.

Clara Phillips, Respondent, v. The Town of Fishkill Appellant.—Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

Aaron H. Detjen, Respondent, v. The Brooklyn City Railroad Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.; Dykman, J., dissenting.

Aaron H. Detjen, Respondent, v. The Brooklyn City Railroad Company, Appellant. — Order denying new trial for newly discovered evidence and for misconduct of the jury, affirmed with costs. Opinion by Barnard, P. J.

The People of the State of New York, Respondent, v. Charles T. Seaman, Appellant.—Conviction and judgment affirmed. Opinion by Pratt, J.; Dykman, J., dissenting.

Russell Wight, Respondent, v. James G. Bennett, Appellant.—Order refusing to set aside judgment affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., dissenting.

Alice R. Symons, Plaintiff, v. William Symons, Defendant.—Order refusing to vacate attachment affirmed, with ten dollars costs and disbursements. Opinion by Dykman, J.

John H. Smith, Respondent, v. John Satterlee and others, Appellants. — Judgment affirmed, with costs. Opinion by Dykman, J.

Hugh Webster, Appellant, v. Hugo Hirsch, Respondent.—Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J ; Pratt, J., not sitting.

Theodore H. Vetterlein, Appellant, v. Demas Barnes, Respondent.—Judgment affirmed, with costs. Opinion by Barnard, P. J.; Pratt, J., dissenting.

Trustees of the Town of Brookhaven, Appellants, v. Egbert T. Smith and others, Respondents. Judgment affirmed, with costs Opinion by Barnard, P. J.

John Klinck, Respondent, v. Stephen J. Burrows, Appellant.—Judgment of County Court affirmed, with costs. Opinion by Barnard, P. J.

Ira T Curtis, Appellant, v. Manning F. Crane, Respondent. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.

Thomas Fay, Respondent, v. Thomas W. Willets, Appellant.—Judgment of County Court affirmed, with costs. Opinion by Pratt, J.

Louise Zimmerman and others, Appellants, v. George Kinkel and others, Respondents. — Order sustaining demurrer to complaint and judgment thereon and order denying reargument reversed, and demurrer overruled, with costs, with leave to defendant to answer. Opinion by Barnard, P. J.

Emma Sprout, Appellant, v Franklin Newman, Jr., Respondent. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

Frederick Ingraham, as Receiver, Appellant, v. The East River Gas-Light Company, Respondent. — Judgment modified by deducting $1,135.31 as of date of its entry, and affirmed as modified, without costs of appeal. Opinions by Barnard, P. J., and Pratt, J.

Maria L. Hood, Plaintiff, v. Frederick Hood, Defendant.—Order sustaining demurrer to complaint and judgment thereon reversed, and demurrer overruled, with costs; defendant to have leave to answer in twenty days. Opinion by Barnard P. J.; Dykman, J., not sitting.

The People of the State of New York, Respondent, v. Samuel G. Storm, Appellant.— Reargument ordered.

John L. Collyer, Respondent, v. George B. Collyer, Executor, etc , Appellant.—Judgment reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.; Dykman, J., not sitting.

Anton Schwarz, Appellant, v. Louise Weber, Administratrix, etc., Respondent.—Judgment affirmed, with costs. Opinion by Barnard, P. J.

Henry Segelke, Appellant, v. Robert Finan, Respondent. — Judgment of County Court reversed, and new trial granted in County Court, costs to abide event. Opinion by Dykman, J.

William Biggs, Respondent, v. Thomas J. Brosnan and another, Appellants.—Judgment and order denying new trial affirmed, with costs. Opinions by Barnard, P. J, and Pratt, J.

John W. Masury, Appellant, v. William H. Whiton, Executor, etc., Respondent.—Judgment affirmed, with costs. Opinion by Barnard, P. J.; Pratt, J., writing opinion for a modification of judgment.

James S. Baker, Respondent, v. William H. Secor, Appellant.—Judgment and order denying new trial reversed, and new trial granted, costs to abide event. Opinion by Dykman, J.; Barnard, P. J., not sitting.

William H. Brown, Respondent, v. The Atlantic Avenue Railroad Company, Appellant.—Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.; Dykman, J., dissenting.

Ernest G. W. Woerz, Respondent, v. Richard Radermacher, Appellant.—Judgment affirmed, with costs Opinion by Justice Dykman; Barnard, P. J., not sitting.

Mary E. Jones, Appellant, v. Lillian L. Jones and others, Respondents. Judgment affirmed, with costs. Opinion by Dykman, J.

Karl Oberle, Respondent, v. Bushwick Avenue Railroad Company, Appellant.—Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.; Dykman, J., dissenting.

Sarah J. Hamill, Respondent. v. Lewis Roberts and others, Appellants and Respondents. — Judgment affirmed, with costs. Opinions by Barnard, P. J., and Pratt, J.; Dykman, J., not sitting.

Russell Brusie, Appellant, v. Peck Brothers & Co., Respondents.—Order affirmed, with costs and disbursements. Opinion by Dykman, J.

Thomas Theall and others, Appellants, v. William C. Cowper and others, Respondents.— Judgment affirmed, with costs. Opinions by Barnard P. J., and Dykman, J.

Ann Barnes and others, Respondents, v. Arthur O'Leary, Appellant.—Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

Cornelia C. Lent, Plaintiff, v. Isaac T. Montross, Defendant. — Order appointing receiver affirmed, with costs and disbursements. Opinion by Pratt, J.

William A. Owens, Plaintiff, v. Anthony Kling, Defendant.—Judgment reversed, and new trial granted, costs to abide event. Opinion by Pratt, J.